EL PUEBLO, DEMANDANTE Y APELANTE, *v.* COLLADO, ACUSADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito en causa por falsa representación.

Nos. 1868 y 1869.—Resueltos en marzo 10, 1922, por los fundamentos del caso No. 1870, *El Pueblo* v. *Collado,* de marzo 10, 1922.

Abogado del Pueblo: *Sr. José E. Figueras, Fiscal.*

Abogados del apelado: *Sres. Guerra y Soldevila.*

*Revocada la resolución apelada y devuelto el caso para ulteriores procedimientos.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.